USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6-26-19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALMA SOPHIA CENTENO SANTIAGO,

                         Petitioner,

-against-

WILLIAM BARR, ET AL.,

                         Respondents.

---

No. 19 Civ 5950

**ORDER TO SHOW CAUSE**

Upon consideration of Petitioner's Application for an Order to Show Cause pursuant to 28 U.S.C. §2243, the Verified Petition for Writ of Habeas Corpus and Complaint for Declaratory and Injunctive Relief ("Petition") exhibits thereto, and, IT IS HEREBY ORDERED that:

1. Respondents are ORDERED to file a return on the Order to Show Cause why the Petition and temporary restraining order should not be granted by June 28, 2019;

2. Petitioner shall have an opportunity to reply by July 1, 2019;

3. This matter shall be heard by the Court on July 2, 2019;

4. Pending consideration, Respondents ARE HEREBY RESTRAINED from attempting to remove the Petitioner from the United States.

**SO ORDERED.**

Dated:   June 25, 2019
            New York, New York

                                                  **ANDREW L. CARTER, JR.**
                                                  **United States District Judge**