USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 11/14/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x
ALMA SOPHIA CENTENO SANTIAGO,  :
:
                           Petitioner,  :
:   1:19-cv-05950 (ALC)
    -against-  :
:   **ORDER**
ATTORNEY GENERAL WILLIAM BARR and  :
DIRECTOR THOMAS DECKER,  :
:
                          Respondents.  :
:
------------------------------------------------------------------ x

**ANDREW L. CARTER, JR., District Judge:**

The Parties are hereby **ORDERED** to submit a joint status report to the Court on or before **November 25, 2019.**

**SO ORDERED.**

Dated:   November 14, 2019
         New York, New York

                                            **ANDREW L. CARTER, JR.**
                                            **United States District Judge**