**GreenbergTraurig**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 11/26/19

Caroline J. Heller
Tel 212.801.2165
Fax 212.805 9488
hellerc@gtlaw.com

November 25, 2019

**VIA E-FILING AND HAND DELIVERY**

The Honorable Andrew L. Carter
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re:   *Centeno Santiago v. Barr et al.*, Case No. 19 Civ. 5950 (ALC)
      **Joint Status Report**

Dear Judge Carter:

We are co-counsel to the New York Legal Assistance Group and Rapid Defense Network, representing Petitioner Alma Sophia Centeno Santiago in the above captioned action. We write pursuant to the Court's November 14, 2019 Order that the parties submit a joint status report to the Court on or before November 25, 2019. The parties have been conferring, and continue to confer, on the language for a stipulation of dismissal. The parties have agreed that if a stipulation of dismissal is not filed on or before December 20, 2019, the parties will submit a joint status report on or before December 20, 2019.

Respectfully submitted,
GREENBERG TRAURIG, LLP

By:   /s/ Caroline J. Heller
      Caroline J. Heller
      200 Park Ave.
      New York, New York 10166
      Tel: (212) 801-9200
      Fax: (212) 805-6400
      hellerc@gtlaw.com
      *Attorneys for Petitioner Centeno Santiago*

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

11/26/19