MEMO ENDORSED

 GreenbergTraurig

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1/24/2020

Caroline J. Heller
Tel 212.801.2165
Fax 212.805 9488
hellerc@gtlaw.com

January 23, 2020

**VIA E-FILING AND HAND DELIVERY**

The Honorable Andrew L. Carter
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re: *Centeno Santiago v. Barr et al.*, Case No. 19 Civ. 5950 (ALC)
**Joint Status Report**

Dear Judge Carter:

We are co-counsel to the New York Legal Assistance Group and Rapid Defense Network, representing Petitioner Alma Sophia Centeno Santiago in the above captioned action. We write pursuant to the Court's so ordered memo endorsement dated December 20, 2020 granting the parties' request to submit a joint status report on before January 24, 2020. The parties are still negotiating the language of the stipulation. With the Court's permission, the parties have agreed that if a stipulation of dismissal is not filed by February 7, 2020, the parties will submit a joint status report on or before February 7, 2020.

Respectfully submitted,
GREENBERG TRAURIG, LLP

By: /s/ Caroline J. Heller
Caroline J. Heller
200 Park Ave.
New York, New York 10166
Tel: (212) 801-9200
Fax: (212) 805-6400
hellerc@gtlaw.com
*Attorneys for Petitioner Centeno Santiago*

SO ORDERED:

/s/ Andrew L. Carter

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE
1/24/2020

GREENBERG TRAURIG, LLP ◾ ATTORNEYS AT LAW ◾ WWW.GTLAW.COM
MetLife Building ◾ 200 Park Avenue ◾ New York, NY 10166 ◾ Tel 212.801.9200 ◾ Fax 212.801.6400